JANET S. MACDOUGAL v.
FRANKLIN CONTRACTING COMPANY.

October 29, 1975.   Petition for certification denied.

STATE OF NEW JERSEY v. LUIS HUERTAS PEREZ.

October 29, 1975.   Petition for certification denied.

FRANCES DEMARS SIEGLING v.
JOHN ARTHUR SIEGLING, JR.

October 29, 1975.   Petition for certification granted.

STATE OF NEW JERSEY v. HIRAM GONZALEZ.

October 29, 1975.   Petition for certification granted. (See
134 *N. J. Super.* 472).

HUMBLE OIL & REFINING COMPANY v.
BOROUGH OF ENGLEWOOD CLIFFS.

October 29, 1975.   Petition for certification granted. (See
135 *N. J. Super.* 26).

WILLIAM W. CONKLIN v. CITY OF EAST ORANGE.

October 29, 1975.   Petition for certification granted. (See
135 *N. J. Super.* 131).